152 NEW JERSEY MISCELLANEOUS REPORTS.

Supreme Court—Bd. Ed., &c., West Amwell v. State Bd. Ed. of N. J.

BOARD OF EDUCATION OF THE TOWNSHIP OF WEST AMWELL, IN THE COUNTY OF HUNTERDON, PROSE- CUTOR, v. THE STATE BOARD OF EDUCATION OF THE STATE OF NEW JERSEY ET AL., DEFENDANTS.

Submitted October term, 1926—Decided January 19, 1927.

Schools—Transportation of Children—Prosecutor Seeks Writ to Compel Payment of School Moneys Withheld Because of Order of State Board Directing Local Board to Transport Certain Children to School, Which Order was Contested by Local Board—Order of Commissioner of Education Sus- tained.

On *certiorari*.

Before Justices BLACK and CAMPBELL.

For the prosecutor, *Edgar W. Hunt.*

For the defendants, *Edward L. Katzenbach,* attorney-gen- eral.

PER CURIAM.

The writ of *certiorari* seeks to review an order of the com- missioner of education, dated January 27th 1926, directed to the county collector of Hunterdon county to withhold school moneys, which ordinarily would have been apportioned to the township of West Amwell, in Hunterdon county. The order was made because the prosecutor would not provide trans- portation facilities for the two children of Albert S. Phillips, aged six and seven years. The Phillips children reside about two miles from the nearest school located at Mount Airy, a distance of over two miles. The basis of the order was an order of the commissioner of education, dated January 29th, 1925, affirmed by the state board of education, dated July 11th, 1925, by which it was ordered that such school trans- portation facilities be provided for the Phillips children.

The prosecutor relies upon the case of *Frelinghuysen Township Board of Education* v. *Atwood, 73 N. J. L.* 315; *affirmed, 74 Id.* 638. That case, in the Court of Errors and Appeals, was decided on March 4th, 1907. On May 7th, 1907, both the title of article 10 and section 126 of the act were amended (*Pamph. L.* 1907, *p.* 291), "convenience of access thereto," &c., being added.

Our reading of the statute agrees with the construction and application made by the commissioner of education; hence, the order of January 27th, 1926, now under review, is affirmed, and the writ of *certiorari* is dismissed.